**In re the Petition of Sheldon R. STROUTS for Review of State Board of Law Examiners Decision.**

**No. C0-91-1998**

Supreme Court of Minnesota.

May 5, 1992.

### ORDER

Based upon all the files, records and proceedings herein,

IT IS HEREBY ORDERED that the petition of Sheldon R. Strouts for admission to the Minnesota State Bar be, and the same is, denied.

**ESTATE OF Emlyn JONES, Deceased, by Lorraine J. BLUME, its Personal Representative, Respondent,**

v.

**J. Peder KVAMME, Appellant,**

**John KVAMME, et al., Defendants.**

**No. CX–91–1359.**

Supreme Court of Minnesota.

May 18, 1992.

### ORDER

WHEREAS, Lorraine J. Blume, Personal Representative of the Estate of Emlyn Jones, has petitioned this court for further *review of* a decision of the court of appeals, *Estate of Emlyn Jones v. J. Peder Kvamme*, 481 N.W.2d 94 (Minn.App., 1992); and

WHEREAS, by effect of the decision of the court of appeals, a remand to the trial court is necessary to allow it to consider a constitutional issue raised by the petitioner;

IT IS HEREBY ORDERED that the petition for further review be, and the same is, *granted* for the limited purpose of directing the court of appeals to remand the matter to the trial court for its further proceedings.